**UNITED STATES DISTRICT COURT**

WESTERN DISTRICT OF PENNSYLVANIA

U.S. POST OFFICE & COURTHOUSE

700 GRANT STREET

PITTSBURGH PA 15219-1906

**CHAMBERS OF**
**DONETTA W. AMBROSE, CHIEF JUDGE**

TELEPHONE: (412) 208-7350

June 29, 2007

JUDICIAL CONFERENCE OF THE UNITED STATES
Committee on Financial Disclosure
ATTN: Honorable Ortrie D. Smith, Chair
One Columbus Circle NE
Washington DC 20544

Dear Judge Smith,

In response to your letter dated June 12, 2007, I submit the following response:

(1)     In Part IV line 1, the New York Intellectual Property Law Association provided me with transportation, lodging and food in New York, New York.

The Allegheny County Academy of Trial Lawyers provided me with food and lodging in Farmington, Pennsylvania.

(2)     In Part III B., line1, ██████ is a self-employed lawyer.

(3)     In Part VII, page 4, lines 3 and 4, Column C (2)), the property was purchased in 1996 for $10,000.00. It is located in Pennsylvania.

(4)     In Part VII, page 4, lines 5 and 6, Column D (1), Column D (3), the value code for both is J. On page 5, the value code for both lines 30 and 31 is K.

Sincerely,

██████████████

Chief U.S. District Judge

DWA:adb

RECEIVED 2007 JUL -5 A 10: 47 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>AMBROSE, DONETTA W | 2. Court or Organization<br><br>US DIST. CT. WEST. DIST. PA | 3. Date of Report<br><br>05/01/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>620 U.S. Post Office & Court<br>700 Grant Street<br>Pittsburgh, PA 15219-1906 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER | BOARD OF DIRECTORS - MAGEE WOMEN'S HOSPITAL |
| 2. MEMBER | BOARD OF DIRECTORS - MAGEE WOMEN'S RESEARCH CORPORATION |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 10 A 9: 43 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| AMBROSE, DONETTA W | 05/01/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Pennsylvania State Employees Retirement System | $ 22,889 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Law Practice |
| 2. 2006 | AIGA |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association | 3/2006 - Activity of professional association or civic organization |
| 2. Allegheny County Academy of Trial Lawyers | 10/2006 - Activity of professional association or civic organization |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| AMBROSE, DONETTA W | 05/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | (S) First National Bank | Business Loan | L |
| 2. | (S) First Commonwealth Bank | Business Loan | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AMBROSE, DONETTA W | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allegheny County US Govt. FCU | A | Int./Div. | L | T | | | | | |
| 2. Morgan Stanley | A | Int./Div. | K | T | | | | | |
| 3. Residential Rental New Kensington, Westmoreland | D | Rent | K | R | | | | | |
| 4. Commercial Rental New Kensington, Westmoreland | D | Rent | M | R | | | | | |
| 5. Interdigital Communications Corp | | None | | | sell | 1/23 | | | expired |
| 6. Interdigital Communications Corp | | None | | | sell | 11/20 | | | expired |
| 7. Interdigital Communications Corp | | None | | | sell | 1/4 | J | | loss |
| 8. Interdigital Communications Corp | | None | | | sell | 4/13 | K | C | |
| 9. Interdigital Communications Corp | | None | | | sell | 1/5 | J | B | |
| 10. Interdigital Communications Corp | | None | | | sell | 7/13 | K | D | |
| 11. Interdigital Communications Corp | | None | | | sell | 7/13 | K | D | |
| 12. Interdigital Communications Corp | | None | | | sell | 7/13 | L | D | |
| 13. Interdigital Communications Corp | | None | | | sell | 8/2 | M | | loss |
| 14. Interdigital Communications Options | | None | | | buy | 8/3 | J | | expired |
| 15. Interdigital Communications Options | | None | | | buy | 8/3 | K | | expired |
| 16. Interdigital Communications Options | | None | | | buy | 8/9 | J | | expired |
| 17. Interdigital Communications Options | | None | | | buy | 8/24 | J | | expired |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | AMBROSE, DONETTA W | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Interdigital Communications Options | | None | | | buy | 10/19 | J | | expired |
| 19. Interdigital Communications Options | | None | J | T | buy | 11/1 | J | | |
| 20. Interdigital Communications Corp | | None | | | buy | 1/3 | J | | |
| 21. Interdigital Communications Corp | | None | | | buy | 2/2 | K | | |
| 22. Interdigital Communications Corp | | None | | | buy | 2/22 | J | | |
| 23. Interdigital Communications Corp | | None | | | buy | 3/13 | J | | |
| 24. Interdigital Communications Corp | | None | | | buy | 3/30 | J | | |
| 25. Interdigital Communications Corp | | None | | | buy | 4/28 | K | | |
| 26. Interdigital Communications Corp | | None | | | buy | 5/10 | J | | |
| 27. Interdigital Communications Corp | | None | | | buy | 6/1 | J | | |
| 28. Interdigital Communications Corp | | None | | | buy | 6/2 | J | | |
| 29. Interdigital Communications Corp | | None | | | buy | 6/9 | K | | |
| 30. Interdigital Communications Corp | | None | | | buy | 6/19 | K | | |
| 31. Interdigital Communications Corp | | None | | | buy | 7/6 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AMBROSE, DONETTA W | 05/01/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date___ 5/4/07 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544